| | |
|---|---|
| 1 | Todd B. Scherwin (SBN 239848) |
| | E-Mail: tscherwin@fisherphillips.com |
| 2 | Celine S. Ko (SBN 337777) |
| | E-Mail: cko@fisherphillips.com |
| 3 | FISHER & PHILLIPS LLP |
| | 444 South Flower Street, Suite 1500 |
| 4 | Los Angeles, California 90071 |
| | Telephone: (213) 330-4500 |
| 5 | Facsimile: (213) 330-4501 |

Attorneys for Defendant
MCNALLY ENTERPRISES

Tara Licata, Esq. (SBN 266111)
Pamela Triplett, Esq. (SBN 310232)
Alex Hadjian, Esq. (SBN 327534)
MANCINI & ASSOCIATES PLC
15303 Ventura Blvd, Suite 600
Sherman Oaks, CA 91403

Attorneys for Plaintiff
CHARLES DOBSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHARLES DOBSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MCNALLY ENTERPRISES, a California corporation; and DOES 1-100,<br><br>　　　　　　　Defendant. | CASE NO.:  8:22-CV-00413 DOC (DFMx)<br><br>*[Originally filed in the Orange County Superior Court; Case No. 30-2022-01240132-CU-WT-CJC]*<br><br>**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Assigned for all purposes to the Hon. David O. Carter, Dept. 10-A]<br><br>Complaint Filed:　January 11, 2022<br>Removal Date:　　March 17, 2022<br>Trial Date:　　　　Not Yet Set |

1  TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF
2  RECORD HEREIN:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff CHARLES DOBSON and Defendant MCNALLY ENTERPRISES (collectively the "Parties") by and through their attorneys of record, stipulate that this matter be dismissed with prejudice as the Parties have settled their dispute. Each party shall bear its own fees and costs.

Respectfully submitted,

DATE: June 7, 2022        FISHER & PHILLIPS LLP

By: /s/ Celine S. Ko
Todd B. Scherwin
Celine S. Ko
Attorneys for Defendant
MCNALLY ENTERPRISES

DATE: June 7, 2022        MANCINI & ASSOCIATES PLC

By: /s/ Tara Licata
Tara Licata
Attorney for Plaintiff
CHARLES DOBSON

## ELECTRONIC SIGNATURE ATTESTATION

I, Celine S. Ko, attest that concurrence in the filing of this document has been obtained from any signatories by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury that the foregoing is true and correct.

                                        Respectfully submitted,

DATE: June 7, 2022         FISHER & PHILLIPS LLP

By: /s/ Celine S. Ko
      Todd B. Scherwin
      Celine S. Ko
      Attorneys for Defendant
      MCNALLY ENTERPRISES

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On June 7, 2022 I served the foregoing document entitled **JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Tara Licata, Esq.<br>Pamela Triplett, Esq.<br>Alex Hadjian, Esq.<br>MANCINI & ASSOCIATES PLC<br>15303 Ventura Blvd, Suite 600<br>Sherman Oaks, CA 91403 | *Attorneys for Plaintiff Charles Dobson*<br><br>Tel:   (818) 783-5757<br>Fax:   (818) 783-7710<br>Email: tlicata@mamlaw.net<br>ptriplett@mamlaw.net<br>ahadjian@mamlaw.net |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Attorney Service Name and Address .

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed June 7, 2022 at Los Angeles, California.

| CIPRIANA HUERTA | By: /s/ Cipriana Huerta |
|---|---|
| Print Name | Signature |

1
CERTIFICATE OF SERVICE

FP 43471658.1